IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CORY D BRADLEY
Reg #31675-044                                                                 PETITIONER

v.                              Case No. 2:11-cv-72-DPM

TC OUTLAW                                                                      RESPONDENT

ORDER

The Court has considered Magistrate Judge H. David Young's proposed findings and recommendations, *Document No. 9*, and Cory D. Bradley's objections, *Document No. 11*. After *de novo* review, the Court adopts Judge Young's proposal as its own. FED. R. CIV. P. 72(b)(3). Some evidence supports his disciplinary conviction for possessing a weapon, which is all the law requires. *Superintendent, Massachusetts Correctional Institution v. Hill*, 472 U.S. 445, 455 (1985). Bradley's petition for writ of habeas corpus is dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

1 July 2011