IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CORY D BRADLEY
Reg #31675-044                                                              PETITIONER

v.                              Case No. 2:11-cv-72-DPM

TC OUTLAW                                                                    RESPONDENT

JUDGMENT

Bradley's petition for writ of habeas corpus is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 July 2011